IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 24-CR-185-4 |
| v. | |
| JASON GRIFFIN, | |
| Defendant. | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jason Griffin, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after

2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. On the morning of January 6, 2021, the defendant, along with other individuals he knew, attended then-President Trump's speech at the Ellipse. The defendant had traveled to Washington, D.C. from his home in Indiana with some of those same individuals.

9. From the Ellipse, the defendant walked with others, including some of those same individuals, toward the U.S. Capitol building, where they passed fencing and barricades and joined with thousands of other rioters on the grounds of the U.S. Capitol.

10. At the U.S. Capitol building, at approximate 2:12 PM EST, the defendant climbed a northwestern set of stairs leading to the Upper West Terrace, accompanied by some of those same individuals.

11. At approximately 2:15 PM EST, the defendant entered the U.S. Capitol building through the Senate Wing Door, followed by those same individuals.

12. After entering the building, the defendant walked into the Crypt with those same individuals.  The defendant and those other individuals stayed in the Crypt briefly before turning and leaving back toward the Senate Wing Door.  The defendant, along with those same individuals, ultimately exited through the Senate Wing Door at approximately 2:20 PM EST.

13. After exiting the U.S. Capitol building, the defendant, along with those same other individuals, stayed on U.S. Capitol grounds including through as late as 4:14 PM EST, at which time he was on the Upper West Terrace, with those same other individuals.

14. When he was at the U.S. Capitol building, the defendant knew that the certification proceeding was taking place and that Vice President Pence was at the U.S. Capitol building to preside over the proceeding.

15. When the defendant crossed into the restricted area and then entered the U.S. Capitol building, he knew he lacked lawful authority to do so.

### *Elements of the Offense*

16. Jason Griffin knowingly and voluntarily admits to all the elements of Entering or Remaining in a Restricted Building or Grounds.  Specifically, the defendant admits that on or about January 6, 2021, the defendant knowingly entered or remained in a restricted building or grounds without lawful authority to do so.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    */s/ Anthony W. Mariano*
      Anthony W. Mariano, MA Bar No. 688559
      Trial Attorney, Detailee
      United States Attorney's Office
      for the District of Columbia
      601 D Street NW
      Washington, D.C. 20530
      (202) 476-0319
      Anthony.Mariano2@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Jason Griffin, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 4-11-2024

Jason Griffin
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: April 11, 2024

William H. Dazey, Jr.
Attorney for Defendant